Case 1:21-cv-00254-KPF   Document 10   Filed 04/30/21   Page 1 of 2

**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 119601
*Attorneys for Plaintiff*



**MEMO ENDORSED**



**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| David Friedman, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Tenaglia & Hunt, PA,<br><br>Defendant. | Case No: 1:21-cv-00254-KPF |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: April 29, 2021

          **BARSHAY SANDERS, PLLC**

          By:    /s *Craig B. Sanders*
          Craig B. Sanders
          100 Garden City Plaza, Suite 500
          Garden City, New York 11530
          Email: csanders@barshaysanders.com
          Tel: (516) 203-7600
          Fax: (516) 282-7878
          Our File No: 119601
          *Attorneys for Plaintiff*

Application GRANTED as to Plaintiff's individual claims.

Dated:    April 30, 2021          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE